# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145787

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RAYMONE DARQUINE ROGERS,
        Defendant-Appellant.

SC: 145787
COA: 310558
Oakland CC: 2011-235491-FC

_____/

      On order of the Court, the application for leave to appeal the July 11, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012 _____

t1217                            Clerk